United States District Court
Southern District of Texas
**ENTERED**
September 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 3D/INTERNATIONAL, INC., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-2432 |
| | § | |
| JOSEPH F. ROMANO, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are Defendant's Motion for Attorney Fees (the "Motion") (Doc. #33), Plaintiffs' Response (Doc. #38), and Defendant's Amended Reply. Doc. #40. In the Motion, Defendant argues that he is entitled to reasonable attorney's fees and costs under Texas law as the prevailing party in this case (Doc. #33) based on the Court's August 22, 2019 Order granting summary judgment in favor of Defendant. Doc. #31. Plaintiffs appealed the Court's Order on September 4, 2019. Doc. #32. In a per curium opinion issued on May 21, 2020, the Fifth Circuit reversed and granted summary judgment in favor of Plaintiffs. Doc. #42. Therefore, the Court finds that the Fifth Circuit's judgment in favor of Plaintiffs renders the Motion moot.[1]

Accordingly, because the Fifth Circuit has granted summary judgment in favor of Plaintiffs, the Motion is hereby DENIED as moot.

It is so ORDERED.

SEP 2 5 2020
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

---

[1] In so finding, the Court does not determine whether its Order granting summary judgment in favor of Defendant would permit recovery of attorney's fees under Texas law.